IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Securities & Exchange** | : | |
| **Commission** | : | Case No. 2:14-CV-00396 |
| | : | |
| **Plaintiff** | : | |
| vs. | : | **Judge Algenon Marbley** |
| **Professional Investment** | : | **Magistrate Judge Norah McCann King** |
| **Management Inc., et al.** | : | |
| **Defendants** | : | |

## STATUS REPORT

Pursuant to the Court's Order dated 7-20-16, the Receiver is pleased to report that a Cashier's Check in the amount of $99,651.08 has been received by the Receiver from the Krivchenia I Family Trust pursuant to the Receiver's efforts to recover money which was mistakenly sent to the Estate of Dr. Krivchenia I.  The Receiver has deposited the money in the Receivership Operating account and believes that the money should be available for proper distribution by July 22, 2016.

As soon as the check clears the Receiver's account, the Receiver will issue a check in the full amount to Dr. Krivchenia II's pension/profit sharing account based upon the Receiver's investigation and the evidence submitted at the hearing held on June 29, 2016.  It is the Receiver's belief that upon distribution of the funds to Dr. Krivchenia II's pension/profit sharing account, this matter will be completely resolved.

Respectfully submitted,

*/s/ David A. Kopech*

David A. Kopech (#0012754)

Kopech & O'Grady LLC
PO Box 1103
Worthington, OH 43085
(614) 306-8345
Attorney for Court-appointed
Receiver

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing was filed electronically with the Clerk for the United States District Court for the Southern District of Ohio, Eastern Division, using the Court's CM/ECF system, which will send notification of such filing to the attorneys of record at the addresses they have provided to the Court on this 20th day of July, 2016.

/s/David A. Kopech
David A. Kopech