# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Securities & Exchange Commission** | : : : | Case No. 2:14-CV-00396 |
| **Plaintiff** | : | |
| vs. | : | **Judge Algenon Marbley** |
| **Professional Investment Management Inc., et al.** | : : | **Magistrate Judge Norah McCann King** |
| **Defendants** | : | |

## UPDATED STATUS REPORT

Pursuant to the Court's Order dated 7-21-16, the Receiver is pleased to report that the Receiver mailed a distribution to Dr. Krivchenia II's pension/profit sharing account in the amount of $99,651.08 on July 22, 2016. All cash and assets previously managed and held by Professional Investment Management Inc. have now been distributed. The Receiver is awaiting the SEC's approval of the Plan to authorize the Receiver to distribute monies collected by the SEC as penalties and fines after which the Receiver will file a Final Report and request an Order terminating the Receivership.

    Respectfully submitted,

    */s/ David A. Kopech*

    David A. Kopech (#0012754)
    Kopech & O'Grady LLC
    PO Box 1103
    Worthington, OH 43085
    (614) 306-8345
    Attorney for Court-appointed Receiver

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing was filed electronically with the Clerk for the United States District Court for the Southern District of Ohio, Eastern Division, using the Court's CM/ECF system, which will send notification of such filing to the attorneys of record at the addresses they have provided to the Court on this 22nd day of July, 2016.

/s/David A. Kopech
David A. Kopech