# EXHIBIT 1

## PIM Receivership Exit Spreadsheet

| Plan Identifier | Total PIM-Held Assets at rollout | Loss Allocation | Total Fees Remaining at rollout | Initial Net Distribution To Plans | Check Number | Check Cleared? | Total PIM-Registered Outside Assets at rollout | # of Outside accounts as of 2015 Year End | # of Registration Changes | Remaining PIM-registered Outside Accounts | Percentage Loss Allocation | Recovered Funds Distributed To Plans $148,000.00 | Do Not Distribute Amounts Under: $20.00 | Check Number | Date Cleared |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P100 | $132,766.29 | $1.31 | $7,271.44 | $125,493.54 | 36052 | 3/1/2016 | $983,376.20 | 3 | 3 | 0 | 0.000136% | $0.20 | $0.20 | | |
| P101 | $480.49 | $292.34 | $0.00 | $188.15 | 36067 | 3/29/2016 | $0.00 | 0 | 0 | 0 | 0.030301% | $44.85 | DISTRIBUTED | | |
| P102 | $116,763.01 | $563.19 | $272.34 | $115,927.49 | 36053 | 3/2/2016 | $0.00 | 0 | 0 | 0 | 0.058374% | $86.39 | DISTRIBUTED | | |
| P103 | $111.52 | $0.04 | $0.00 | $111.48 | 36054 | FORFEIT | $225,090.70 | 2 | 2 | 0 | 0.000004% | $0.01 | $0.01 | | |
| P104 | $1,249,255.40 | $151.19 | $2,754.16 | $1,246,350.05 | 36130 | 3/29/2016 | $395,567.77 | 7 | 7 | 0 | 0.015671% | $23.19 | DISTRIBUTED | | |
| P105 | $160,519.00 | $9,260.12 | $5,452.67 | $154,806.21 | 36055&36056 | 3/18/2016 | $0.00 | 1 | 1 | 0 | 0.959799% | $1,420.50 | DISTRIBUTED | | |
| P106 | $926,298.00 | $491,319.87 | $0.00 | $434,978.13 | 36096 | 3/24/2016 | $39,230,981.20 | 126 | 126 | 0 | 50.924637% | $75,368.46 | DISTRIBUTED | | |
| P107 | $8,329.53 | $4,851.59 | $0.00 | $3,477.94 | 36058 | 6/6/2016 | $0.00 | 0 | 0 | 0 | 0.502860% | $744.23 | DISTRIBUTED | | |
| P108 | $521,864.59 | $0.13 | $6,528.90 | $515,335.57 | 36059 | 3/10/2016 | $32,379.74 | 1 | 1 | 0 | 0.000013% | $0.02 | $0.02 | | |
| P109 | $81,521.32 | $52,668.81 | $0.00 | $28,852.51 | 36071 | 2/25/2016 | $0.00 | 1 | 1 | 0 | 5.459051% | $8,079.40 | DISTRIBUTED | | |
| P110 | $123,662.01 | $3,677.86 | $0.00 | $119,984.15 | 36072 | 2/25/2016 | $0.00 | 0 | 0 | 0 | 0.381205% | $564.18 | DISTRIBUTED | | |
| P111 | $4,765.93 | $2,500.22 | $0.00 | $2,265.71 | 36068 | 3/14/2016 | $14,809.20 | 1 | 1 | 0 | 0.259144% | $383.53 | DISTRIBUTED | | |
| P112 | $2,296,068.39 | $5,420.12 | $6,791.10 | $2,283,857.17 | 36082 | 3/8/2016 | $344,920.10 | 4 | 4 | 0 | 0.561789% | $831.45 | DISTRIBUTED | | |
| P113 | $68,275.47 | $40,089.13 | $0.00 | $28,186.34 | 36101-36127 | 3/30/2016 | $0.00 | 2 | 2 | 0 | 4.155184% | $6,149.67 | DISTRIBUTED | | |
| P114 | $19,481.93 | $6,447.97 | $1,246.16 | $11,787.80 | 36094 | 4/27/2016 | $0.00 | 0 | 0 | 0 | 0.668323% | $989.12 | DISTRIBUTED | | |
| P115 | $974.98 | $0.00 | $0.00 | $974.98 | 36060 904285621 & | 3/3/2016 | $370,873.41 | 3 | 3 | 0 | 0.000000% | $0.00 | $0.00 | | |
| P116 | $3,940.28 | $5,212.42 | $1,585.95 | -$2,858.09 | 904285620 | 5/20/2016 | $345,969.95 | 4 | 4 | 0 | 0.540261% | $799.59 | DISTRIBUTED | | |
| P117 | $2,863,634.21 | $499.83 | $0.00 | $2,863,134.38 | 36073 | 3/15/2016 | $46,150.90 | 1 | 1 | 0 | 0.051807% | $76.67 | DISTRIBUTED | | |
| P118 | $4,020,160.63 | $47,287.25 | $5,077.94 | $3,967,804.44 | 36061 | 3/4/2016 | $212,853.21 | 3 | 3 | 0 | 4.901259% | $7,253.86 | DISTRIBUTED | | |
| P119 | $73,617.03 | $33.60 | $1,525.88 | $72,057.55 | 36070 | 3/7/2016 | $0.00 | 0 | 0 | 0 | 0.003482% | $5.15 | $5.15 | | |
| P120 | $0.67 | $0.47 | $0.00 | $0.20 | 36078 | 3/2/2016 | $0.00 | 0 | 0 | 0 | 0.000049% | $0.07 | $0.07 | | |
| P121 | $0.82 | $0.58 | $0.00 | $0.24 | 36079 | 3/2/2016 | $0.00 | 0 | 0 | 0 | 0.000060% | $0.09 | $0.09 | | |
| P122 | $323,004.22 | $2.14 | $860.66 | $322,141.43 | 36133 | 4/29/2016 | $0.00 | 0 | 0 | 0 | 0.000221% | $0.33 | $0.33 | | |
| P123 | $1.01 | $0.12 | $0.00 | $0.89 | 36077 | 3/2/2016 | $0.00 | 0 | 0 | 0 | 0.000012% | $0.02 | $0.02 | | |
| P124 | $366.23 | $366.23 | $0.00 | $0.00 | N/A | N/A | $812,317.83 | 3 | 3 | 0 | 0.037960% | $56.18 | DISTRIBUTED | | |
| P125 | $1,394.07 | $1,280.22 | $294.36 | -$180.51 | 56781985 | 3/7/2016 | $212,986.26 | 11 | 11 | 0 | 0.132603% | $196.39 | DISTRIBUTED | | |
| P126 | $362.09 | $1,223.75 | $1,748.89 | -$2,610.55 | 8332 | 3/17/2016 | $633,836.46 | 1 | 1 | 0 | 0.126840% | $187.72 | DISTRIBUTED | | |
| P127 | $0.01 | $33.71 | $94.51 | -$128.21 | 6576 | 3/17/2016 | $58,157.00 | 3 | 3 | 0 | 0.003494% | $5.17 | $5.17 | | |
| P128 | $102,184.63 | $0.57 | $2,532.97 | $99,651.09 | 36136 | 7/27/2016 | $134,909.04 | 1 | 1 | 0 | 0.000059% | $0.09 | $0.09 | | |
| P129 | $4,006.21 | $108.46 | $58.15 | $3,869.60 | 36080 | 3/8/2016 | $0.00 | 0 | 0 | 0 | 0.011242% | $16.64 | $16.64 | | |
| P130 | $1,167,455.83 | $1,907.54 | $1,287.39 | $1,164,260.90 | 36066 | 3/7/2016 | $0.00 | 1 | 1 | 0 | 0.197714% | $292.62 | DISTRIBUTED | | |
| P131 | $0.23 | $0.23 | $0.00 | $0.00 | N/A | N/A | $0.00 | 0 | 0 | 0 | 0.000024% | $0.04 | $0.04 | | |
| P132 | $0.27 | $0.27 | $0.00 | $0.00 | N/A | N/A | $0.00 | 0 | 0 | 0 | 0.000028% | $0.04 | $0.04 | | |
| P133 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | N/A | $0.00 | 0 | 0 | 0 | 0.000000% | $0.00 | $0.00 | | |
| P134 | $0.00 | $0.00 | $0.00 | $0.00 | N/A | N/A | $0.00 | 0 | 0 | 0 | 0.000000% | $0.00 | $0.00 | | |
| P135 | $0.60 | $0.60 | $0.00 | $0.00 | N/A | N/A | $0.00 | 0 | 0 | 0 | 0.000062% | $0.09 | $0.09 | | |
| P136 | $1.65 | $2.17 | $1,045.01 | -$1,045.53 | 36094 | 4/27/2016 | $0.00 | 0 | 0 | 0 | 0.000225% | $0.33 | $0.33 | | |
| P137 | $1,028,318.66 | $289,593.89 | $0.00 | $738,724.77 | 36097 | 3/24/2016 | $36,790,650.47 | 126 | 126 | 0 | 30.016013% | $44,423.70 | DISTRIBUTED | | |
| P138 | $0.59 | $0.05 | $0.00 | $0.54 | 36050 | 2/26/2016 | $0.00 | 0 | 0 | 0 | 0.000006% | $0.01 | $0.01 | | |
| | $15,308,626.81 | $964,797.99 | $46,428.48 | $14,297,400.35 | | | $80,845,809.44 | 305 | 305 | 0 | 100.000000% | $148,000.00 | $28.29 | | |